H. G. IRBY, Jr. and Eddice Irby,
Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 17709.

United States Court of Appeals
Fifth Circuit.

Feb. 8, 1960.

deQuincy V. Sutton, Meridian, Miss., for petitioners.

Karl Schmeidler, Joseph Kovner, Harry Baum, Lee A. Jackson, Attys., Charles K. Rice, Asst. Atty. Gen., Dept. of Justice, John M. Morawski, Sp. Atty., and Arch M. Cantrall, Chief Counsel, I. R. S., Washington, D. C., for respondent.

Before RIVES, Chief Judge, and HUTCHESON and CAMERON, Circuit Judges.

PER CURIAM.

The respondent concedes that the opinion in Commissioner of Internal Revenue v. Acker, 80 S.Ct. 144, makes it necessary for the Tax Court's decision to be corrected so as to eliminate the amount of $2,540.98 added to the tax under 26 U.S.C., 1952 ed., § 294(d) (2). It is so ordered. On the other questions presented for review, we find ourselves in agreement with the opinion and decision of the Tax Court. 30 T.C. 1166. Its decision is therefore

Corrected and affirmed.

CAMERON, Circuit Judge, dissenting.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, Appellant,

v.

TRAVELERS INSURANCE COMPANY,
Appellee.

TRAVELERS INSURANCE COMPANY,
Appellant,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., Appellee.

No. 18051.

United States Court of Appeals
Fifth Circuit.

Feb. 11, 1960.

Rehearing Denied March 10, 1960.

George Mathews, Hynes, Mathews & Lane, Baton Rouge, La., for defendant-appellant.

Robert J. Vandaworker, Taylor, Porter, Brooks, Fuller & Phillips, Baton Rouge, La., for plaintiff-appellee-appellant.

Before RIVES, Chief Judge, and HUTCHESON and TUTTLE, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed on the opinion of the District Court. 175 F.Supp. 673.